Ryan J. Works (NSBN 9224)
Amanda M. Perach (NSBN 12399)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Kapitus Servicing, Inc.*
*as sub-servicing provider for Kapitus LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAPITUS SERVICING, INC., a Virginia corporation, as sub-servicing provider for KAPITUS LLC, a Virginia limited liability company,<br><br>         Plaintiff,<br><br>     v.<br><br>CAN COMMUNITY HEALTH, INC., a Florida not for profit corporation,<br><br>         Defendant. | Case No.: 2:25-cv-01084-RFB-MDC<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON STIPULATION REGARDING DISCOVERY DISPUTE; [PROPOSED] ORDER**<br><br>**(First Request)** |

Plaintiff Kapitus Servicing, Inc. ("Kapitus"), as sub-servicing provider for Kapitus LLC and Defendant CAN Community Health, Inc. ("CAN", collectively with Kapitus, the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to Continue the May 15, 2026 hearing on the Parties' Stipulation Regarding Discovery Dispute (ECF No. 21), filed March 13, 2026 as follows:

On March 13, 2026, Parties filed a Stipulation Regarding Discovery Dispute (the "Stipulation") [ECF No. 21]. On April 10, 2026, the Court set a hearing on the Stipulation for May 15, 2026 at 9:30 a.m. [ECF No. 22].

On May 2, 2026 founding McDonald Carano partner, mentor and friend Leo Bergin passed away and the funeral has been scheduled in Reno, Nevada for May 15, 2026 — the same day as the hearing on this matter. Kapitus therefore requested that CAN stipulate to reschedule the hearing on

the discovery dispute from May 15, 2026 to the following week, or to such other date and time as is convenient for the Court and the parties and CAN has agreed.

This is the Parties' first request to continue the hearing on the Stipulation Regarding Discovery Dispute. No prior extensions or continuances of this hearing have been requested or granted.

This joint stipulation does not affect any other existing Court deadlines or scheduling previously set in this case.

DATED this 5th day of  May, 2026.

DATED this 5th day of May, 2026.

McDONALD CARANO LLP

JOHNSON POPE BOKOR RUPPEL & BURNS LLP

 /s/ Ryan J. Works,
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
Karyna M. Armstrong, Esq. (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Kapitus Servicing Inc. as sub-servicing provider for Kapitus LLC*

 /s/ Lawrence J. Dougherty
Lawrence J. Dougherty (*admitted Pro Hac Vice*)
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602

FOLEY & LARDNER LLP
Thomas F. Carlucci, Esq. (NSBN 3208)
555 California Street, Suite 1700
San Francisco, CA 94104

*Attorney for CAN Community Health, Inc.*

## ORDER

Based on the parties' foregoing stipulation, and for good cause appearing,

**IT IS HEREBY ORDERED** that the hearing on the Stipulation Regarding Discovery Dispute is continued from May 15, 2026, to __May 22_____, 2026. at 1:00pm in Courtroom 3C.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-6-26_____